FILED

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0510

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0510

TYREE KILO SELAGE,

Petitioner,

v.

PETER BLUDWORTH,

Respondent.

FILED

NOV 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER



Tyree Kilo Selage has filed a petition for rehearing, pursuant to M. R. App. P. 20(1). Montana's Attorney General, on behalf of the State of Montana, responds in opposition.

On October 17, 2023, this Court granted Selage's Petition for Writ of Habeas Corpus in part, remanding the matter to the Yellowstone County District Court, to amend its Judgments for Selage's two sentences. The Sentence Review Division had modified his prison sentences to a commitment to the Department of Corrections (DOC).

Selage posits that this Court overlooked several material facts in the decision. He contends that the affidavit, provided by the Records Department Bureau Chief last month, contradicts a response in a 2022 Offender/Staff Request. He puts forth that someone changed his placement status from Montana State Prison (MSP) to the DOC, before our decision. He states that the District Court Judge did not sentence him under the correct statutory authority and that he did not receive credit for time served. He adds that he did get 212 days of credit for time served, after multiple requests, in another sentence from the Anaconda-Deer Lodge County District Court.

The State responds that Selage has not demonstrated any exceptional circumstances to justify granting his petition for rehearing. M. R. App. P. 20(1)(d). The State points out that the Offender/Staff Request (OSR) was not part of this record on review for his petition for habeas corpus relief, nor was his status, which appears on the Offender Management

Information System (OMIS). The State further points out that "[s]ince this Court granted the relief Selage sought, there were no facts material to the decision that this Court overlooked." The State adds that the Yellowstone County District Court amended his sentences for two felony driving under the influence cases and modified the placement from the MSP to the DOC. The State notes that Selage raises a new argument and that this Court should not consider his argument about credit against his fines because he did not raise it previously.[1]

We agree with the State. Selage has received relief from the previous order; he now has commitments to the DOC, instead of prison, upon the court's amendment. He also has received credit for time served in his other sentence. *Selage v. Green*, No. OP 21-0558, Order granting habeas corpus relief in part (Mont. Jan. 18, 2022). We decline to address new arguments or those with no basis. *See Merchants' Nat'l Bank v. Greenhood*, 16 Mont. 395, 460-61, 41 P. 851, 851-52 (1895) ("A rehearing will not be granted . . . after it has been remitted to the court below to carry into effect the decree of the court above according to its mandate."). (Citation omitted.) Therefore,

IT IS ORDERED that Selage's Petition for Rehearing is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record, and to Tyree Kilo Selage personally.

DATED this 28 day of November, 2023.

_____
Chief Justice

_____

---

[1] The State provides that the court's judgments were clear—Selage was not to be given credit against the fine for time served. The State notes that some inconsistencies about the fines exist in the court's sentencing orders, where one has the net fine at $5,250 and the other has the net fine at $10,000, not $5,250.

_____

_____

_____
Justices

